[No. 7492–3–II.  Division Two.  February 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS R. CAMPOS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–1–00097–6, John H. Kirkwood, J., entered January 3, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7166–5–II.  Division Two.  February 13, 1986.]

BENEFICIAL FINANCE CO., *Appellant,* v. GEOFFREY A. EDMONDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 255500, Arthur W. Verharen, J., entered June 13, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7753–1–II.  Division Two.  February 13, 1986.]

FREDERICK C. KUNNA, ET AL, *Appellants,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04824–4, Thomas R. Sauriol, J., entered April 13, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.